IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 9, 2009

Charles R. Fulbruge III
Clerk

No. 08-30066

DONNA YOUNG,

Plaintiff-Appellee,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
(06-CV-1570)

Before JOLLY, DAVIS, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5th CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.